# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-504-FDW

| | |
|---|---|
| ANTONIO MOSLEY a/k/a ABDULLAH HAMID, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) **ORDER** |
| TORRE JESSUP, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983.

The Complaint passed initial review and the Court ordered Plaintiff to fill out and return summons forms for service of process on the Defendant on October 30, 2018. (Doc. No. 8). The Court ordered the Clerk to mail copies of the Order to Plaintiff at his address of record at the Bennettsville Federal Correctional Institution as well as at RRM Raleigh, which the Bureau of Prisons' website indicates is Plaintiff's current address.[1] (Id.).

Plaintiff has failed to comply with the Court's Order and it appears that he may have abandoned this action. Plaintiff shall file, within **fourteen (14) days** of this Order, updated summons form as required in the Court's October 30, 2018, Order, or shall file a Response to this Order explaining why he has failed to do so. Failure to comply with this Order will result in dismissal and closure of this action without further notice to Plaintiff.

**IT IS, THEREFORE, ORDERED that:**

---

[1] See https://www.bop.gov/locations/ccm/crl/.

1

(1) Plaintiff **shall have fourteen (14) days from the date of this Order** in which to either return the filled-out summons forms to the Clerk for service of process on Defendant, or to respond to this Order showing cause for why he has not returned the summons forms to the Clerk for service of process. If Plaintiff fails to respond to this Order, this action will be dismissed without further notice to Plaintiff.

(2) The Clerk of Court is instructed to mail to Plaintiff a copy of this Order, the October 30 Order, (Doc. No. 8), and a blank summons form to Plaintiff at his address of record at **Bennettsville F.C.I.** as well as to **RRM Raleigh**, Old NC 75 Highway, Butner, NC 27509.

Signed: November 20, 2018

Frank D. Whitney
Chief United States District Judge